IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Case **No. 08-cr-264-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff

v.

**BERNARD LOUIS PEÑA**,

    Defendant.

---

## MINUTE ORDER

Judge John L. Kane ORDERS

    The Supervised Release Violation Hearing is RESET for 11:00 a.m. on January 25, 2012.

Dated: January 11, 2012